IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETTY CAITLIN NICOLE SMITH,

    Plaintiff,

v.                                                                             4:19cv280–WS/CAS

JUDGE ANDREW DECKER, III,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 8) docketed June 28, 2019. The magistrate judge recommends that the plaintiff's emergency motion (ECF No. 7) for a temporary restraining order be denied. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's second report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 8) is

hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's emergency motion (ECF No. 7) for a temporary restraining order is DENIED.

DONE AND ORDERED this __6th__ day of __August__, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE