IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETTY CAITLIN NICOLE SMITH,

    Plaintiff,

v.                                                                                    4:19cv280–WS/CAS

JUDGE ANDREW DECKER, III,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed June 25, 2019. The magistrate judge recommends that the plaintiff's complaint be dismissed for lack of subject matter jurisdiction. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is hereby

ADOPTED and incorporated by reference in this order.

    2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

    3. The plaintiff's emergency motion (ECF No. 5) is DENIED.

    4. The clerk shall enter judgment stating: "All claims are DISMISSED for lack of subject matter jurisdiction."

    DONE AND ORDERED this __6th__ day of __August__, 2019.


                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE